# EXHIBIT 1

TLW
12/27/18
9:05



**Superior Court of the District of Columbia**
**CIVIL DIVISION**
500 Indiana Avenue, N.W., Suite 5000
Washington, D.C. 20001 Telephone: (202) 879-1133

**LARTASHA KELLY**

_____
Plaintiff

vs.                                                                         Case Number _____

THE DISTRICT OF COLUMBIA, ET AL. -- ATTORNEY GENERAL FOR D.C.
_____
Defendant

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

**GEOFFREY D. ALLEN**
_____
Name of Plaintiff's Attorney

**1030 15TH STREET, NW SUITE 555W**
_____
Address

WASHINGTON, DC 20005
_____

**(202) 778-1167**
_____
Telephone

如需翻译,请打电话 (202) 879-4828          Veuillez appeler au (202) 879-4828 pour une traduction          Để có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면, (202) 879-4828 로 전화주십시오           የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ·

_Clerk of the Court_

By _____
Deputy Clerk

Date _____

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

FORM SUMMONS - Jan. 2011                                                                         CASUM.doc





**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
**DIVISIÓN CIVIL**
500 Indiana Avenue, N.W., Suite 5000
Washington, D.C. 20001 Teléfono: (202) 879-1133

LARTASHA KELLY

_____ Demandante

contra

THE DISTRICT OF COLUMBIA, ET AL. -- ATTORNEY GENERAL FOR D.C.     Número de Caso: _____

_____ Demandado

## CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veinte (20) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que Usted le entregue al demandante una copia de la Contestación o en el plazo de cinco (5) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

GEOFFREY D. ALLEN

_____                              *SECRETARIO DEL TRIBUNAL*
Nombre del abogado del Demandante

1030 15TH STREET, NW SUITE 555W
_____              Por: _____
Dirección
WASHINGTON, DC 20036
                                                        Subsecretario

(202) 778-1167
_____              Fecha _____
Teléfono

如需翻譯,请打电话 (202) 879-4828        Veuillez appeler au (202) 879-4828 pour une traduction        Để có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면, (202) 879-4828 로 전화주십시오        የአማርኛ ትርጉም ከፈለጉ (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO, O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍAN RETENERLE SUS INGRESOS, O PODRÍAN TOMAR SUS BIENES PERSONALES O RAÍCES Y VENDERLOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO.*

Si desea conversar con un abogado y le parece que no puede afrontar el costo de uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse de otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CASUM.doc

Filed
D.C. Superior Court
12/18/2018 10:50AM
Clerk of the Court

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

### Civil Division

**LATARSHA KELLY**
3915 R Street, SE
Washington, DC 20020

§
§
§
§
§
§
§
§
§

*Plaintiff,*

§
§
§

v.

§

**DISTRICT OF COLUMBIA**
441 4th Street,
Washington, DC 20001

§
§
§
§
§

2018 CA 008623 B

§
§
§
§

<u>SERVE</u>:
Muriel Bowser
Mayor of the District of Columbia
1350 Pennsylvania Ave, 4th Floor
Washington, DC 20004

§
§
§
§
§

Karl Racine
Attorney General for DC
441 4th Street, 6th Floor
Washington, DC 20001

§
§
§
§

**And,**

§
§

**OFFICER ANTHONY GATON**
DC Metropolitan Police Department
300 Indiana Ave. N. W
Washington, DC 20003

§
§
§
§
§

<u>SERVE</u>:
Court Liaison Division
Mpd.subpoenas@dc.gov

§
§
§

*Defendants.*

§
§

1

## COMPLAINT

(Negligence, Assault,
and Civil Rights Violations)

### I. Jurisdiction

1.      This action is brought pursuant to 42 USC §1983, the Fourth Amendment to the United States Constitution and the common law of the District of Columbia. Jurisdiction is founded upon the aforementioned Constitution and D.C. Code §11-921, §12-101 and §16-2701.

2.      Plaintiff is a resident of the District of Columbia.

3.      Defendant, District of Columbia is a municipal Corporation which operates the Metropolitan Police Department in the District of Columba.

4.      Defendant Gaton, is and all material times hereto, was a police officer with the Metropolitan Police Department.

4.      Plaintiff provided notice of her claims to the District of Columbia in compliance with D.C. Code 12-209 on July 16, 2018.  Plaintiff supplemented her notice letter on October 23, 2018.

### II. Factual Allegations

5.      On June 29, 2018, police officers responded to at 3915 R St. S.E. Washington D.C. and witnessed an altercation between Plaintiff and another female.  Officer

Gaton executed a "take down" in which he fell on top of Plaintiff, fracturing her pelvis in the process. Plaintiff is 5'3" tall and weighs 131 pounds, Officer Gaton is approximately 6 feet tall and is believed to weigh approximately 280 pounds. Plaintiff was taken to George Washington Hospital and from there to the Central Cellblock at D.C. Superior Court where all charges were dropped later that day.   At the time of the incident, Plaintiff was unarmed and had slapped the other woman. Officer Gaton failed to use alternative, less violent means of arresting Plaintiff, such as physical restraint.  At the time, Officer Gaton was accompanied by two other officers who were available to assist in restraining Plaintiff, if needed.

## COUNT ONE

### (Negligence – District of Columbia and Officer Gaton)

6..   Plaintiff hereby incorporate paragraphs 1 through 6, *supra*, by reference.

7.   At all times relevant to this case, Officer Gaton was acting within the scope of his employment with the Metropolitan Police Department.

8.   Officer Gaton failed to take reasonable care when he arrested Plaintiff. He violated the national standard of care by using a "take down" when it was not required by the circumstances and by executing it without the required degree of skill and care required of a police officer faced with like circumstances.

9.   Plaintiff sustained great pain and suffering, emotional distress, humiliation and physical injury which was proximately caused by the aforesaid negligence.

**WHEREFORE**, plaintiff, prays for judgment against the District of Columbia and Officer Gaton and asks for damages in the amount of $5,000,000.00 and an award of court costs and any other relief deemed appropriate by the court.

## COUNT TWO

(Battery- District of Columbia and Officer Gaton)

10.    Plaintiff hereby incorporates paragraphs 1 through 9, *supra*, by reference.

11.    Officer Gaton used excessive and unjustified force when arresting an unarmed female who was engaged in a minor altercation with another female. He intentionally executed a "take down" when one was not required by the circumstances and did so with greatly excessive and unjustified force.

12.    Plaintiff sustained great pain and suffering, emotional distress, humiliation and severe physical injury which was proximately caused by the aforesaid negligence.

**WHEREFORE**, plaintiff, prays for judgment against the District of Columbia and Officer Gaton and asks for damages in the amount of $5,000,000.00 and an award of court costs and any other relief deemed appropriate by the court.

## COUNT THREE

### (Civil Rights Violation- Officer Gaton)

13.     Plaintiff hereby incorporates paragraphs 1 through 12, *supra*, by reference.

14.     Said battery by defendant Officer Gaton was entirely unjustified by any actions of Plaintiff and constituted an unreasonable and excessive use of force. His actions were objectively unreasonable such that no reasonable police officer faced with similar circumstances would have acted in this manner. Moreover, the right to be free from excessive force was clearly established at the time of the incident.

15.     At the time, Officer Gaton was acting under color of law as a police officer.

16.     The actions alleged above deprived Plaintiff of the right to be free from the use of excessive and unreasonable force in the course of a detention and seizure which is guaranteed by the Fourth Amendment of the United States Constitution.;

17.     Plaintiff sustained great pain and suffering, emotional distress, humiliation and severe physical injury which was proximately caused by the aforesaid constitutional violation.


**WHEREFORE**, plaintiff, prays for judgment against Officer Gaton for an award of damages in the amount of $5,000,000.00 and an award of court costs, attorney's fees, and any other relief deemed appropriate by the court.

5

Respectfully Submitted,

By:

/s/

Geoffrey D. Allen
D.C. Bar # 288142
1030 15th St. N.W. NW
Suite 555W
Washington, DC 20005
Tel: (202) 778-1167
Fax: (202) 898 2571
geoffreyallen@verizon.net


And,

s/s

Lawrence S. Lapidus
D.C. Bar # 175042
1990 M St. N.W.
Suite 350
Washington D.C.
20036
Tel: (202) 785-5111
Fax: (202) 785-5318
llapidus@lapiduslawfirm.com


**JURY DEMAND**

Plaintiff demands trial by jury as to all counts

/s/

Geoffrey D. Allen

TLW
12/27/18



**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**
**Civil Actions Branch**
500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001
Telephone: (202) 879-1133 • Website: www.dccourts.gov

LATARSHA KELLY
Vs.
DISTRICT OF COLUMBIA et al

C.A. No.      2018 CA 008623 B

## INITIAL ORDER AND ADDENDUM

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("Super. Ct. Civ. R.") 40-I, it is hereby **ORDERED** as follows:

(1) Effective this date, this case has assigned to the individual calendar designated below. All future filings in this case shall bear the calendar number and the judge's name beneath the case number in the caption. On filing any motion or paper related thereto, one copy (for the judge) must be delivered to the Clerk along with the original.

(2) Within 60 days of the filing of the complaint, plaintiff must file proof of serving on each defendant: copies of the summons, the complaint, and this Initial Order and Addendum. As to any defendant for whom such proof of service has not been filed, the Complaint will be dismissed without prejudice for want of prosecution unless the time for serving the defendant has been extended as provided in Super. Ct. Civ. R. 4(m).

(3) Within 21 days of service as described above, except as otherwise noted in Super. Ct. Civ. R. 12, each defendant must respond to the complaint by filing an answer or other responsive pleading. As to the defendant who has failed to respond, a default and judgment will be entered unless the time to respond has been extended as provided in Super. Ct. Civ. R. 55(a).

(4) At the time and place noted below, all counsel and unrepresented parties shall appear before the assigned judge at an initial scheduling and settlement conference to discuss the possibilities of settlement and to establish a schedule for the completion of all proceedings, including, normally, either mediation, case evaluation, or arbitration. Counsel shall discuss with their clients **prior** to the conference whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this Conference.**

(5) Upon advice that the date noted below is inconvenient for any party or counsel, the Quality Review Branch (202) 879-1750 may continue the Conference **once**, with the consent of all parties, to either of the two succeeding Fridays. Request must be made not less than seven business days before the scheduling conference date.
No other continuance of the conference will be granted except upon motion for good cause shown.

(6) Parties are responsible for obtaining and complying with all requirements of the General Order for Civil cases, each judge's Supplement to the General Order and the General Mediation Order. Copies of these orders are available in the Courtroom and on the Court's website http://www.dccourts.gov/.

Chief Judge Robert E. Morin

Case Assigned to:  Judge ELIZABETH WINGO
Date:  December 17, 2018
Initial Conference: 9:30 am, Friday, March 15, 2019
Location:   Courtroom 518
         500 Indiana Avenue N.W.
         WASHINGTON, DC 20001

CAIO-60

## ADDENDUM TO INITIAL ORDER AFFECTING
## ALL MEDICAL MALPRACTICE CASES

In accordance with the Medical Malpractice Proceedings Act of 2006, D.C. Code § 16-2801, et seq. (2007 Winter Supp.), "[a]fter an action is filed in the court against a healthcare provider alleging medical malpractice, the court shall require the parties to enter into mediation, without discovery or, if all parties agree[,] with only limited discovery that will not interfere with the completion of mediation within 30 days of the Initial Scheduling and Settlement Conference ("ISSC"), prior to any further litigation in an effort to reach a settlement agreement. The early mediation schedule shall be included in the Scheduling Order following the ISSC. Unless all parties agree, the stay of discovery shall not be more than 30 days after the ISSC." D.C. Code § 16-2821.

To ensure compliance with this legislation, on or before the date of the ISSC, the Court will notify all attorneys and *pro se* parties of the date and time of the early mediation session and the name of the assigned mediator. Information about the early mediation date also is available over the internet at https://www.dccourts.gov/pa/. To facilitate this process, all counsel and *pro se* parties in every medical malpractice case are required to confer, jointly complete and sign an EARLY MEDIATION FORM, which must be filed no later than ten (10) calendar days prior to the ISSC. D.C. Code § 16-2825 Two separate Early Mediation Forms are available. Both forms may be obtained at www.dccourts.gov/medmalmediation. One form is to be used for early mediation with a mediator from the multi-door medical malpractice mediator roster; the second form is to be used for early mediation with a private mediator. Both forms also are available in the Multi-Door Dispute Resolution Office, Suite 2900, 410 E Street, N.W. Plaintiff's counsel is responsible for eFiling the form and is required to e-mail a courtesy copy to earlymedmal@dcsc.gov. *Pro se* Plaintiffs who elect not to eFile may file by hand in the Multi-Door Dispute Resolution Office.

A roster of medical malpractice mediators available through the Court's Multi-Door Dispute Resolution Division, with biographical information about each mediator, can be found at www.dccourts.gov/medmalmediation/mediatorprofiles. All individuals on the roster are judges or lawyers with at least 10 years of significant experience in medical malpractice litigation. D.C. Code § 16-2823(a). If the parties cannot agree on a mediator, the Court will appoint one. D.C. Code § 16-2823(b).

The following persons are required by statute to attend personally the Early Mediation Conference: (1) all parties; (2) for parties that are not individuals, a representative with settlement authority; (3) in cases involving an insurance company, a representative of the company with settlement authority; and (4) attorneys representing each party with primary responsibility for the case. D.C. Code § 16-2824.

No later than ten (10) days after the early mediation session has terminated, Plaintiff must eFile with the Court a report prepared by the mediator, including a private mediator, regarding: (1) attendance; (2) whether a settlement was reached; or, (3) if a settlement was not reached, any agreements to narrow the scope of the dispute, limit discovery, facilitate future settlement, hold another mediation session, or otherwise reduce the cost and time of trial preparation. D.C. Code§ 16-2826. Any Plaintiff who is *pro se* may elect to file the report by hand with the Civil Actions Branch. The forms to be used for early mediation reports are available at www.dccourts.gov/medmalmediation.

Chief   Judge   Robert   E.   Morin

CAIO-60

# Superior Court of the District of Columbia

CIVIL DIVISION- CIVIL ACTIONS BRANCH
INFORMATION SHEET

LATARSHA KELLY

Case Number: **2018 CA 008623 B**

vs

Date: **10/14/18**

THE DISTRICT OF COLUMBIA, ET AL

☐ One of the defendants is being sued
in their official capacity.

Name: *(Please Print)*
Geoffrey D. Allen

Firm Name:
Geoffrey D. Allen

Telephone No.:          Six digit Unified Bar No.:
**(202) 778-1167**                **288142**

**Relationship to Lawsuit**

☒ Attorney for Plaintiff
☐ Self (Pro Se)
☐ Other:

TYPE OF CASE: ☐ Non-Jury      ☐ 6 Person Jury      ☒ 12 Person Jury
Demand: $ **1,000,000.00**                    Other:

PENDING CASE(S) RELATED TO THE ACTION BEING FILED
Case No.: _____ Judge: _____ Calendar #: _____

Case No.: _____ Judge: _____ Calendar#: _____

NATURE OF SUIT:    *(Check One Box Only)*

**A. CONTRACTS**                    **COLLECTION CASES**

☐ 01 Breach of Contract          ☐ 14 Under $25,000 Pltf. Grants Consent   ☐ 16 Under $25,000 Consent Denied
☐ 02 Breach of Warranty          ☐ 17 OVER $25,000 Pltf. Grants Consent   ☐ 18 OVER $25,000 Consent Denied
☐ 06 Negotiable Instrument       ☐ 27 Insurance/Subrogation               ☐ 26 Insurance/Subrogation
☐ 07 Personal Property                Over $25,000 Pltf. Grants Consent        Over $25,000 Consent Denied
☐ 13 Employment Discrimination   ☐ 07 Insurance/Subrogation               ☐ 34 Insurance/Subrogation
☐ 15 Special Education Fees           Under $25,000 Pltf. Grants Consent       Under $25,000 Consent Denied
                                 ☐ 28 Motion to Confirm Arbitration
                                      Award (Collection Cases Only)

**B. PROPERTY TORTS**

☐ 01 Automobile                  ☐ 03 Destruction of Private Property   ☐ 05 Trespass
☐ 02 Conversion                  ☐ 04 Property Damage
☐ 07 Shoplifting, D.C. Code § 27-102 (a)

**C. PERSONAL TORTS**

☐ 01 Abuse of Process            ☐ 10 Invasion of Privacy         ☒ 17 Personal Injury- (Not Automobile,
☐ 02 Alienation of Affection     ☐ 11 Libel and Slander                Not Malpractice)
☐ 03 Assault and Battery         ☐ 12 Malicious Interference      ☐ 18 Wrongful Death (Not Malpractice)
☐ 04 Automobile- Personal Injury ☐ 13 Malicious Prosecution       ☐ 19 Wrongful Eviction
☐ 05 Deceit (Misrepresentation)  ☐ 14 Malpractice Legal           ☐ 20 Friendly Suit
☐ 06 False Accusation            ☐ 15 Malpractice Medical (Including Wrongful Death)   ☐ 21 Asbestos
☐ 07 False Arrest                ☐ 16 Negligence- (Not Automobile,   ☐ 22 Toxic/Mass Torts
☐ 08 Fraud                            Not Malpractice)            ☐ 23 Tobacco
                                                                 ☐ 24 Lead Paint

SEE REVERSE SIDE AND CHECK HERE _____ IF USED

CV-496/June 2015

# Information Sheet, Continued

## C. OTHERS

- ☐ 01 Accounting
- ☐ 02 Att. Before Judgment
- ☐ 05 Ejectment
- ☐ 09 Special Writ/Warrants
  (DC Code § 11-941)
- ☐ 10 Traffic Adjudication
- ☐ 11 Writ of Replevin
- ☐ 12 Enforce Mechanics Lien
- ☐ 16 Declaratory Judgment

- ☐ 17 Merit Personnel Act (OEA)
  (D.C. Code Title 1, Chapter 6)
- ☐ 18 Product Liability
- ☐ 24 Application to Confirm, Modify,
  Vacate Arbitration Award (DC Code § 16-4401)
- ☐ 29 Merit Personnel Act (OHR)
- ☐ 31 Housing Code Regulations
- ☐ 32 Qui Tam
- ☐ 33 Whistleblower

## II.

- ☐ 03 Change of Name
- ☐ 06 Foreign Judgment/Domestic
- ☐ 08 Foreign Judgment/International
- ☐ 13 Correction of Birth Certificate
- ☐ 14 Correction of Marriage
  Certificate
- ☐ 26 Petition for Civil Asset Forfeiture (Vehicle)
- ☐ 27 Petition for Civil Asset Forfeiture (Currency)
- ☐ 28 Petition for Civil Asset Forfeiture (Other)

- ☐ 15 Libel of Information
- ☐ 19 Enter Administrative Order as
  Judgment [ D.C. Code §
  2-1802.03 (h) or 32-151 9 (a)]
- ☐ 20 Master Meter (D.C. Code §
  42-3301, et seq.)

- ☐ 21 Petition for Subpoena
  [Rule 28-I (b)]
- ☐ 22 Release Mechanics Lien
- ☐ 23 Rule 27(a)(1)
  (Perpetuate Testimony)
- ☐ 24 Petition for Structured Settlement
- ☐ 25 Petition for Liquidation

## D. REAL PROPERTY

- ☐ 09 Real Property-Real Estate
- ☐ 12 Specific Performance
- ☐ 04 Condemnation (Eminent Domain)
- ☐ 10 Mortgage Foreclosure/Judicial Sale
- ☐ 11 Petition for Civil Asset Forfeiture (RP)

- ☐ 08 Quiet Title
- ☐ 25 Liens: Tax / Water Consent Granted
- ☐ 30 Liens: Tax / Water Consent Denied
- ☐ 31 Tax Lien Bid Off Certificate Consent Granted

_____
Attorney's Signature

12·14·18
Date

CV-496/ June 2015

# EXHIBIT 2

## 2018 CA 008623 B KELLY, LATARSHA Vs. DISTRICT OF COLUMBIA et al JML

- Case Type:
- Civil II
- Case Status:
- Open
- File Date:
- 12/14/2018
- Action:
- Complaint for Personal Injury Filed
- Status Date:
- 12/14/2018
- Next Event:
- 03/15/2019

| All Information | Party | Event | Docket | Receipt | Disposition |

### Party Information

**KELLY, LATARSHA**
- Plaintiff

- Disposition
- Disp Date

| Alias |

| Party Attorney |
| Attorney |
| • ALLEN, GEOFFREY D |

**DISTRICT OF COLUMBIA**
- Defendant

- Disposition
- Disp Date

| Alias |

| Party Attorney |

**GATON, OFC ANTHONY**
- Defendant

- Disposition
- Disp Date

| Alias |

| Party Attorney |

### Events

| Date/Time | Location | Type | Result | Event Judge |
|---|---|---|---|---|
| 03/15/2019 09:30 AM | Courtroom 212 | Initial Scheduling Conference-60 | | |

### Docket Information

| Date | Docket Text | Image Avail. |
|---|---|---|
| 12/14/2018 | Complaint for Personal Injury Filed  Receipt: 415690  Date: 12/17/2018 | |
| 12/14/2018 | eComplaint. Filed. Submitted. 12/14/2018 11:50. ncv. (OUTDATED SUMMMONS SUBMITTED AT FILING) Attorney: ALLEN, Mr GEOFFREY D (288142) LATARSHA KELLY (Plaintiff); | Image |
| 12/17/2018 | Event Scheduled Event: Initial Scheduling Conference-60 Date: 03/15/2019   Time: 9:30 am Judge: WINGO, ELIZABETH   Location: Courtroom 518 | |

| Date | Docket Text | Image Avail. |
|------|-------------|-------------|
| 12/31/2018 | Issue Date: 12/31/2018<br>Service: Summons Issued<br>Method: Service Issued<br>Cost Per: $<br><br>DISTRICT OF COLUMBIA<br>1350 Pennsylvania Ave NW 4th Floor<br>WASHINGTON, DC  20004<br>Tracking No: 5000211153<br><br>DISTRICT OF COLUMBIA<br>441 4th Street, NW<br>WASHINGTON, DC  20001<br>Tracking No: 5000211154<br><br>GATON, Officer ANTHONY<br>300 Indiana Avenue, NW<br>WASHINGTON, DC  20003<br>Tracking No: 5000211155 | |
| 12/31/2018 | Event Scheduled<br>Event: Initial Scheduling Conference-60<br>Date: 03/15/2019   Time: 9:30 am<br>Judge: LOPEZ, JOSE M   Location: Courtroom 212 | |
| 12/31/2018 | Judge Caseload Transfer<br>The judge was changed from WINGO, ELIZABETH to LOPEZ, JOSE . | |

## Receipts

| Receipt Number | Receipt Date | Received From | Payment Amount |
|----------------|--------------|---------------|----------------|
| 415690 | 12/17/2018 | ALLEN, Mr GEOFFREY D | $120.00 |
| Total | Total | Total | Total |
| | | | $120.00 |

## Case Disposition

| Disposition | Date | Case Judge |
|-------------|------|------------|
| Undisposed | | |

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

| I (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| | |
| **(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF<br>**(EXCEPT IN U.S. PLAINTIFF CASES)** | COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT<br>**(IN U.S. PLAINTIFF CASES ONLY)**<br>NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED |
| **(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER) | ATTORNEYS (IF KNOWN) |

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

1  U.S. Government
   Plaintiff

2 U.S. Government
  Defendant

3  Federal Question
   (U.S. Government Not a Party)

4 Diversity
  (Indicate Citizenship of
  Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | 1 | 1 | Incorporated or Principal Place of Business in This State | 4 | 4 |
| Citizen of Another State | 2 | 2 | Incorporated and Principal Place of Business in Another State | 5 | 5 |
| Citizen or Subject of a Foreign Country | 3 | 3 | Foreign Nation | 6 | 6 |

## IV.  CASE ASSIGNMENT AND NATURE OF SUIT
**(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)**

| A. *Antitrust* | B. *Personal Injury/ Malpractice* | C. *Administrative Agency Review* | D. *Temporary Restraining Order/Preliminary Injunction* |
|---|---|---|---|
| 410 Antitrust | 310 Airplane<br>315 Airplane Product Liability<br>320 Assault, Libel & Slander<br>330 Federal Employers Liability<br>340 Marine<br>345 Marine Product Liability<br>350 Motor Vehicle<br>355 Motor Vehicle Product Liability<br>360 Other Personal Injury<br>362 Medical Malpractice<br>365 Product Liability<br>368 Asbestos Product Liability | 151 Medicare Act<br><br>Social Security:<br>861 HIA ((1395ff)<br>862 Black Lung (923)<br>863 DIWC/DIWW (405(g)<br>864 SSID Title XVI<br>865 RSI (405(g)<br>Other Statutes<br>891 Agricultural Acts<br>892 Economic Stabilization Act<br>893 Environmental Matters<br>894 Energy Allocation Act<br>890 Other Statutory Actions (If Administrative Agency is Involved) | Any nature of suit from any category may be selected for this category of case assignment.<br><br>*(If Antitrust, then A governs)* |

| E. *General Civil (Other)* | OR | F. *Pro Se General Civil* | |
|---|---|---|---|
| **Real Property**<br>210 Land Condemnation<br>220 Foreclosure<br>230 Rent, Lease & Ejectment<br>240 Torts to Land<br>245 Tort Product Liability<br>290 All Other Real Property<br><br>**Personal Property**<br>370 Other Fraud<br>371 Truth in Lending<br>380 Other Personal Property Damage<br>385 Property Damage Product Liability | **Bankruptcy**<br>422 Appeal 28 USC 158<br>423 Withdrawal 28 USC 157<br><br>**Prisoner Petitions**<br>535 Death Penalty<br>540 Mandamus & Other<br>550 Civil Rights<br>555 Prison Condition<br><br>**Property Rights**<br>820 Copyrights<br>830 Patent<br>840 Trademark<br><br>**Federal Tax Suits**<br>870 Taxes (US plaintiff or defendant<br>871 IRS-Third Party 26 USC 7609 | **Forfeiture/Penalty**<br>610 Agriculture<br>620 Other Food &Drug<br>625 Drug Related Seizure of Property 21 USC 881<br>630 Liquor Laws<br>640 RR & Truck<br>650 Airline Regs<br>660 Occupational Safety/Health<br>690 Other<br><br>**Other Statutes**<br>400 State Reapportionment<br>430 Banks & Banking<br>450 Commerce/ICC Rates/etc.<br>460 Deportation | 470 Racketeer Influenced & Corrupt Organizations<br>480 Consumer Credit<br>490 Cable/Satellite TV<br>810 Selective Service<br>850 Securities/Commodities/ Exchange<br>875 Customer Challenge 12 USC 3410<br>900 Appeal of fee determination under equal access to Justice<br>950 Constitutionality of State Statutes<br>890 Other Statutory Actions (if not administrative agency review or Privacy Act |

| **G.** *Habeas Corpus/ 2255* | **H.** *Employment Discrimination* | **I.** *FOIA/PRIVACY ACT* | **J.** *Student Loan* |
|---|---|---|---|
| **530 Habeas Corpus-General**<br>**510 Motion/Vacate Sentence** | **442 Civil Rights-Employment**<br>**(criteria: race, gender/sex,**<br>**national origin,**<br>**discrimination, disability**<br>**age, religion, retaliation)**<br><br>**\*(If pro se, select this deck)\*** | **895 Freedom of Information Act**<br>**890 Other Statutory Actions**<br>**(if Privacy Act)**<br><br><br><br><br>**\*(If pro se, select this deck)\*** | **152 Recovery of Defaulted**<br>**Student Loans**<br>**(excluding veterans)** |

| **K.** *Labor/ERISA (non-employment)* | **L.** *Other Civil Rights (non-employment)* | **M.** *Contract* | **N.** *Three-Judge Court* |
|---|---|---|---|
| **710 Fair Labor Standards Act**<br>**720 Labor/Mgmt. Relations**<br>**730 Labor/Mgmt. Reporting &**<br>**Disclosure Act**<br>**740 Labor Railway Act**<br>**790 Other Labor Litigation**<br>**791 Empl. Ret. Inc. Security Act** | **441 Voting (if not Voting Rights**<br>**Act)**<br>**443 Housing/Accommodations**<br>**444 Welfare**<br>**440 Other Civil Rights**<br>**445 American w/Disabilities-**<br>**Employment**<br>**446 Americans w/Disabilities-**<br>**Other** | **110 Insurance**<br>**120 Marine**<br>**130 Miller Act**<br>**140 Negotiable Instrument**<br>**150 Recovery of Overpayment &**<br>**Enforcement of Judgment**<br>**153 Recovery of Overpayment of**<br>**Veteran's Benefits**<br>**160 Stockholder's Suits**<br>**190 Other Contracts**<br>**195 Contract Product Liability**<br>**196 Franchise** | **441 Civil Rights-Voting**<br>**(if Voting Rights Act)** |

## V. ORIGIN

| 1 Original<br>Proceeding | 2 Removed<br>from State<br>Court | 3 Remanded from<br>Appellate Court | 4 Reinstated<br>or Reopened | 5 Transferred from<br>another district<br>(specify) | 6 Multi district<br>Litigation | 7 Appeal to<br>District Judge<br>from Mag. Judge |
|---|---|---|---|---|---|---|

## VI.  CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

| **VII. REQUESTED IN**<br>**COMPLAINT** | CHECK IF THIS IS A **CLASS**<br>**ACTION** UNDER F.R.C.P. 23 | **DEMAND $**<br>**JURY DEMAND:** | Check YES only if demanded in complaint<br>**YES          NO** |
|---|---|---|---|
| **VIII. RELATED CASE(S)**<br>**IF ANY** | (See instruction)       **YES** | **NO** | If yes, please complete related case form. |

| **DATE** | **SIGNATURE OF ATTORNEY OF RECORD** | /s/Pegah Eftekhari, Esq. |
|---|---|---|

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The **JS-44** civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed.  Listed below are tips for completing the civil cover sheet.  These tips coincide with the Roman Numerals on the Cover Sheet.

I.        COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT  (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C.,  and 99999 if plaintiff is outside the United States.

III.      CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed <u>only</u> if diversity of citizenship was selected as the Basis of Jurisdiction under Section **II**.

IV.      CASE ASSIGNMENT AND NATURE OF SUIT:   The assignment of a judge to your case will depend on the category you select that best represents the <u>primary</u> cause of action found in your complaint.  You may select only <u>one</u> category.  You <u>must</u> also select <u>one</u> corresponding nature of suit found under the category of case.

VI.      CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.     RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.